**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

DOWNWIND, LLC; *et al.*                                                                                    PLAINTIFFS

v.                                           NO.  3:16CV00207

UNITED STATES DEPARTMENT
OF ENERGY; *et al.*                                                                                         DEFENDANTS

## ORDER

This matter was randomly assigned to the docket of United States District Judge J. Leon Holmes on August 15, 2016.  Attorneys Steven W. Quattlebaum and John E. Tull, III, entered appearances as counsel of record for movant Plains and Eastern Clean Line Holdings, LLC, on August 19, 2016.  Messrs. Quattlebaum and Tull appear on Judge Holmes's recusal list.  Therefore, the Court directs the Clerk to assign this action to another judge.

Dated this 22nd day of August, 2016.

                                                                              AT THE DIRECTION OF THE COURT
                                                                              JAMES W. McCORMACK, CLERK

                                                                              BY: /s/ Cory Wilkins
                                                                                    Courtroom Deputy to
                                                                                    U.S. District Judge J. Leon Holmes