IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DOWNWIND, LLC and GOLDEN
BRIDGE, LLC                                                                PLAINTIFFS

v.                              No. 3:16-cv-207-DPM

UNITED STATES DEPARTMENT
OF ENERGY; ERNEST MONIZ, in his
official capacity as Secretary of the United
States Department of Energy;
SOUTHWESTERN POWER ADMINISTRATION;
and SCOTT CARPENTER, in his official
capacity as Administrator of the Southwestern
Power Administration                                               DEFENDANTS

PLAINS AND EASTERN CLEAN
LINE HOLDINGS, LLC                                              INTERVENOR

ORDER

1. Clean Line's timely motion to intervene, № 11, is granted. Although Downwind and Golden Bridge responded, they didn't oppose intervention. № 14. They offered some clarification on the facts. Clean Line has shown a substantial interest in the transmission line project and that its interest will be impaired if Downwind and Golden Bridge succeed in blocking the line. The Department of Energy and the Southwestern Power Administration will represent the public's interest in compliance with the regulatory framework, and Clean Line is, of course, part of the public. But the Department doesn't

represent the developer's independent personal interests. *National Parks Conservation Association v. U.S. EPA*, 759 F.3d 969, 975-77 (8th Cir. 2014). Clean Line's project responsibilities, property rights, and financial obligations are unique to the entity. So Clean Line has a right to be in the case. *Ibid*; FED. R. CIV. P. 24(a)(2).

2. Even if Clean Line couldn't intervene as of right, the Court concludes that the company needs to be in the case. FED. R. CIV. P. 24(b). Intervention will not delay the case or prejudice any party's rights. *South Dakota ex rel. Barnett v. U.S. Department of the Interior*, 317 F.3d 783, 787 (8th Cir. 2003). The motion was timely; independent federal question jurisdiction exists; and Clean Line's defenses raise questions of law and fact already in play. *Flynt v. Lombardi*, 782 F.3d 963, 966-67 (8th Cir. 2015).

3. Clean Line should file its answer by 14 November 2016.

So Ordered.

*[signature: W.P. Marshall Jr.]*
D.P. Marshall Jr.
United States District Judge

7 November 2016