# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

DOWNWIND LLC and GOLDEN
BRIDGE LLC                                                     PLAINTIFFS

v.                          No. 3:16-cv-207-DPM

UNITED STATES DEPARTMENT
OF ENERGY; RICK PERRY, in his
official capacity as Secretary of the
United States Department of Energy;
SOUTHWESTERN POWER ADMINISTRATION;
and SCOTT CARPENTER, in his official
capacity as Administrator of the
Southwestern Power Administration                              DEFENDANTS

PLAINS & EASTERN CLEAN
LINE HOLDINGS LLC                                              INTERVENOR

## JUDGMENT

The amended complaint's condemnation-related claims, counts three and five, are dismissed without prejudice. All other claims are dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 December 2017