# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**DOWNWIND LLC and GOLDEN BRIDGE LLC**  PLAINTIFFS

v.  No. 3:16-cv-207-DPM

**UNITED STATES DEPARTMENT OF ENERGY; RICK PERRY, in his official capacity as Secretary of the United States Department of Energy; SOUTHWESTERN POWER ADMINISTRATION; and SCOTT CARPENTER, in his official capacity as Administrator of the Southwestern Power Administration**  DEFENDANTS

**PLAINS & EASTERN CLEAN LINE HOLDINGS LLC**  INTERVENOR

## AMENDED JUDGMENT

Pursuant to the Court of Appeals' mandate, № 91, the Judgment, № 85, is vacated, and the amended complaint is dismissed without prejudice as moot.

*WPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

19 April 2018